**Robert SCURLOCK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53808.**

Missouri Court of Appeals, Western District.

June 30, 1997.

A. Renae Adamson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM:

Robert Scurlock appeals the denial without an evidentiary hearing of his Rule 24.035 motion to vacate, set aside or correct judgment and sentence alleging that the court that took his guilty plea committed plain error by failing to personally inform him in open court of certain rights he was waiving by pleading guilty. We find no basis for believing that Mr. Scurlock's guilty plea was unintelligent or involuntary. Because a published opinion would have no precedential value, we therefore affirm by this summary

order, but have furnished the parties with a memorandum setting forth our reasoning.

Judgment affirmed. Rule 84.16(b).